## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DISTRICT

| | |
|---|---|
| **DEMETRIA CASTER,** an individual, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| | ) Civil Action No.: |
| **REGIONAL ACCEPTANCE CORPORATION; et al.,** | ) ) 2:21-CV-471-AMM ) |
| **Defendants.** | ) ) |

### PLAINTIFF'S MOTION TO DISMISS DEFENDANTS EQUIFAX, EXPERIAN, AND TRANS UNION WITH PREJUDICE

Comes now the Plaintiff and respectfully requests this Honorable Court dismiss all the claims Plaintiff has against Defendants Equifax, Inc., Experian Information Solutions Inc., and Trans Union, LLC, with prejudice as follows:

1. This case was originally brought against four Defendants – the three credit bureaus listed above and the Defendant Regional Acceptance Corporation.

2. The disputes between Plaintiff and the three credit bureaus -- Equifax, Experian, and Trans Union – have been resolved.

3. Plaintiff seeks the dismissal, with prejudice, of all claims against Equifax, Experian, and Trans Union.

4.  The claims against the remaining Defendant – Regional Acceptance – were sent to arbitration and they are being pursued there. [Doc. 10].

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully requests that all her claims against Equifax, Experian and Trans Union be dismissed WITH prejudice.

Respectfully Submitted,

*/s/ John G. Watts*
**John G. Watts**
**M. Stan Herring**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
john@wattsherring.com
stan@wattsherring.com
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the **14th day of March 2022**, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action.

                            */s/ John G. Watts*
                            OF COUNSEL