# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEMETRIA CASTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) Case No.: 2:21-CV-471 AMM |
| | ) |
| **REGIONAL ACCEPTANCE** | ) |
| **CORPORATION, EQUIFAX, INC.** | ) |
| **EXPERIAN INFORMATION** | ) |
| **SOLUTIONS, INC., and** | ) |
| **TRANS UNION, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC

In accordance with Plaintiff's Motion to Dismiss Defendants Equifax, Experian and Trans Union With Prejudice, Doc. 25, filed March 14, 2022, the court hereby orders that this action against Equifax, Inc., Experian Information Solutions, Inc., and Trans Union, Inc. (only), shall be, and is, **DISMISSED WITH PREJUDICE**.  Each party to bear their own costs and fees.  The Clerk of the Court is directed to terminate Equifax, Inc., Experian Information Solutions, Inc., and Trans Union, Inc. as defendants in this matter.

Further, this case is STAYED pending the outcome of the arbitration proceedings related to defendant Regional Acceptance Corporation.

**DONE** and **ORDERED** this 17th day of March, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE