IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEMETRIA CASTER,** ) | |
| ) | |
| **Plaintiff,** ) | **Case No.:** |
| ) | **2:21-CV-00471-AMM** |
| vs. ) | |
| ) | |
| **REGIONAL ACCEPTANCE** ) | |
| **CORPORATION, ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Demetria Caster ("Caster") and Defendant Regional Acceptance Corporation ("RAC"), by and through their undersigned counsel, and hereby inform the Court that the issues between them have been resolved and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted in the above-styled action with each to bear their own costs.  Nothing herein affects the claims brought by Caster against the other Defendants.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Demetria Caster and Defendant Regional Acceptance Corporation respectfully request this Court to enter an Order of Dismissal with prejudice, relating to all claims asserted in this matter by Caster against RAC with each party to bear their own costs.

Respectfully submitted this 4th day of October, 2022.

49129681 v1

_[signature]_  
David A. Elliott (ELL027)  
**BURR & FORMAN, LLP**  
420 N. 20th, Suite 3400  
Birmingham, AL 35203  
**ATTORNEY FOR REGIONAL ACCEPTANCE CORPORATION**

_[signature]_  
John G. Watts (WAT056)  
M. Stan Herring (HER037)  
**Watts & Herring, LLC**  
301 19th Street North  
Birmingham, AL 35203  
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2022, I electronically filed the foregoing with the Clerk of Court using the AlaFile system which will send notifications of such filings to all counsel of record.

/s/ David A. Elliott  
OF COUNSEL