# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEMETRIA CASTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No: 2:21cv471 AMM** |
| ) | |
| **REGIONAL ACCEPTANCE** ) | |
| **CORPORATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL

This matter comes before the court upon the Joint Stipulation of Dismissal. Doc. 29.  Upon consideration thereof, and, at the request of the parties, the court **ORDERS** that this case be, and the same hereby is, **DISMISSED**, in its entirety, **WITH PREJUDICE**, with each party to bear their own costs.

**DONE** and **ORDERED** this 5th day of October, 2022.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE